# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043  For payments Only:
Trustee  Facsimile: (518) 449-2473  P.O Box 1918
**Bonnie Baker, Esq.**  Memphis, TN 38101-1918
Assoc. Attorney

**FILED**
APR 13 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

April 11, 2011

**RECEIVED**
APR 13 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:    07-61920        Jenny Compagnino

To Whom It May Concern:

Enclosed please find check #922559 in the amount of $11.55. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        9

Account#

Creditor        Amsterdam Memorial Hosp.
POB 517
Amsterdam, NY 12010

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli